Case No.: 2:14-cv-02880-WBS-DAD Plaintiff Document 3

1  **LAW OFFICES OF VALERIE G. SALTZEN**
   **PO Box 940**
2  **Shingle Springs, CA 95682**
   **Tel. (530) 676-4404**
3  **VALERIE G. SALTZEN, ESQ.**
   **CA State Bar No. 158386**
4
   **Attorneys for Plaintiffs, JOHN COZE and SUSANNA COZE**
5

6

7

8                           UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF CALIORNIA
9

10  **JOHN COZE and SUSANNA COZE,**          **Case No.: 2:14-cv-02880-WBS-DAD**

11        **Plaintiffs,**                     **1.  (Formerly Sacramento County Superior
                                                   Court Case Number 34-2014-00168876)**
12  **vs.**
                                              **STIPULATION AND PROPOSED
13  **LIBERTY MUTUAL FIRE INSURANCE**         **ORDER CONTINUING MOTION
    **COMPANY, MARSH USA INC; DOES 1-**       **HEARING DATE OF APRIL 20, 2015
14  **100, inclusive,**                       **UNTIL JUNE 29, 2015**

15        **Defendants.**

16

17

18         It is hereby stipulated by and between plaintiff's JOHN AND SUSANNA COZE, and

19  LIBERTY MUTUAL FIRE INSURANCE COMPANY, and MARSH USA INC,  through the

20  parties attorney's of record, that the Motion Hearing dated April 20, 2015 is continued until June

21  29, 2015 at 2:00 p.m.   Plaintiff's attorney originally requested a continuation due to a medical

22  need and Defendants would note that given the delay, Defendant Liberty Mutual requests that the

23  Court consider deciding Plaintiff's motion without oral argument. Plaintiff requests oral argument.

24  IT IS SO STIPULATED.

25

26

27  **DATED: April 17, 2015**          LAW OFFICE OF VALERIE G. SALTZEN

28  _____
    Stipulation and Order continuing Motion Hearing of April 20, 2015
    Page 1

Case No.: 2:14-cv-02880-WBS-DAD Plaintiff Document 3

1      <u>By:/s/Valerie G. Saltzen/</u>

2      Attorney for John and Susanna Coze

3

4

5 **DATED: April 17, 2015**     ROPERS, MAJESKI, KOHN, & BENTLEY

6      <u>By:/s / Stacy M. Tucker/</u>

7      Attorney for Defendant Liberty Mutual Fire Insurance

8      Company

9

10 **DATED: April 17, 2015**     TROY GOULD PC

11      <u>By:/s /Jacob M. Harper/</u>

12      Attorneys for Marsh USA Inc.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

UPON A READING of the foregoing Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the hearing presently scheduled for April 20, 2015 at 2:00 p.m. shall be continued to the **June 29, 2015, at the hour of 2:00 p.m.**

Dated:  April 17, 2015

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

_____
Stipulation and Order continuing Motion Hearing of April 20, 2015
Page 3