PAMELA E. COGAN (SBN 105089)
STACY M. TUCKER. (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email: pcogan@rmkb.com, stucker@rmkb.com
Attorneys for Defendant,
LIBERTY MUTUAL FIRE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COZE and SUSANNA COZE,<br><br>Plaintiffs,<br><br>v.<br><br>TBC CORPORATION, MIDAS REALTY CORPORATION, MIDAS INTERNATIONAL CORPORATION, LIBERTY MUTUAL FIRE INSURANCE COMPANY, MARSH USA INC;  and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No: 2:14-cv-02880-WBS-DAD<br><br>**ORDER GRANTING STIPULATION CONTINUING HEARING ON PLAINTIFF'S MOTION TO REMAND FROM JUNE 29, 2015 TO JULY 27, 2015** |

Good cause having been shown, the stipulation by and between plaintiffs John and Susanna Coze, and defendants Liberty and Marsh USA Inc., through the parties' attorneys of record, seeking to move the hearing on Plaintiff's motion to remand be moved to July 27, 2015 or the next date available to the Court, is GRANTED.  The hearing of the motion to remand shall be rescheduled to July 27, 2015 at 2:00 p.m.

///

///

///

4842-4535-8371.1

[PROPOSED] ORDER, CASE NO. 2:14-CV-02880-WBS-DAD

**IT IS SO ORDERED**.

Dated: May 7, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE